UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES BROWN EDWARDS, JR., #239007,   )<br>  Plaintiff,   )<br>  )<br>-v-   )<br>  )<br>ROGER A. GERLACH, M.D., et al.,   )<br>  Defendants.   )<br>_____   ) | No. 1:13-cv-1073<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendants' motion for summary judgment and having dismissed Plaintiff's claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   September 4, 2014                                               /s/ Paul L. Maloney
                                                                                        Paul L. Maloney
                                                                                        Chief United States District Judge